**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK**
_____

EARL BRANTLEY,

                        **Plaintiff,**

        v.                                                  9:12-CV-1051
                                                        (NAM/RFT)

JOSEPH BELLNIER, Superintendent of Marcy
Correctional Facility; B. HILTON, Deputy Superintendent
for Office of Mental Health; DR. K. VADLAMUDI; Marcy
Correctional Facility Health Services Director; SANDRA
MARTIN-KARAS, Nurse Administrator of Marcy Correctional
Facility; JANE DOE #1, aka KAREN, Regional Health Services
Director for New York State Department of Corrections and
Community Supervision,

                        **Defendants.**
_____

**APPEARANCES:**                                **OF COUNSEL:**

EARL BRANTLEY
Last Known Address:
09-A-2742
Marcy Correctional Facility
P.O. Box 3600
Marcy, NY 13403
Plaintiff, *pro se*

HON. ERIC T. SCHNEIDERMAN               JUSTIN L. ENGEL, ESQ.
Attorney General for the                         Assistant Attorney General
 State of New York
The Capitol
Albany, NY 12224
Attorney for Defendants

**NORMAN A. MORDUE, SENIOR U. S. DISTRICT JUDGE**

## ORDER

    The above matter comes to me following a Report-Recommendation by Magistrate Judge

Randolph F. Treece, duly filed on the 1st day of April 2015. Following fourteen (14) days from

the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

ORDERED that:

1. The Report-Recommendation is hereby adopted in its entirety.

2. This action is dismissed with prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

3. The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

**IT IS SO ORDERED.**

Dated: April 24, 2015
Syracuse, New York

Norman A. Mordue
Senior U.S. District Judge